UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UTILITY WORKERS UNION OF AMERICA,
AFL-CIO LOCAL 223,

      Plaintiff,

vs.

THE DTE ELECTRIC COMPANY, DTE GAS
COMPANY AND DTE ENERGY CORPORATE
SERVICES, LLC.,

      Defendants.
_____/

Case No: 2:15-cv-14398

Hon: Nancy G. Edmunds

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court upon the voluntary dismissal of Plaintiff, and the Court being otherwise fully informed;

**IT IS HEREBY ORDERED** that this matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

                        s/ Nancy G. Edmunds
                        **U.S. DISTRICT COURT JUDGE**

Date: 12/28/15